**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000095**
**16-DEC-2022**
**07:55 AM**
**Dkt. 46 OAWST**

NO. CAAP-22-0000095

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
JONNAH N.M. SMITH, also known as JONNAH SMITH,
Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2FFC-21-0000378)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed on November 21, 2022, by Plaintiff-Appellant State of Hawaiʻi, it appears that: (1) the appeal was docketed on April 7, 2022; (2) the parties stipulate to dismiss the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, December 16, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge